# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| HOGAN & HARTSON LLP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:08-cv-00260-EGS |
| | ) | |
| DEPARTMENT OF DEFENSE | ) | Judge Sullivan |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule Civil Procedure 41(a)(1), Plaintiff Hogan and Hartson respectfully moves this Court for an entry of dismissal without prejudice.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By:  _/s/ Thomas L. McGovern III_____
    Thomas L. McGovern III (D.C. Bar No. 415698)
    Steven D. Williams (D.C. Bar No. 502303)
    555 Thirteenth Street, N.W.
    Washington, D.C.  20004-1109
    (202) 637-5600

    Attorneys for Plaintiff Hogan & Hartson LLP

Dated:  February 21, 2008

CERTIFICATE OF FILING

        The undersigned certifies under penalty of perjury that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be filed with the Court via the Court's electronic filing system on February 21, 2008, and to be served via hand delivery on February 22, 2008, on the following:

        General Counsel
        U.S. Department of Defense
        1600 Defense Pentagon
        Washington, D.C. 20301

        By: /s/ Steven D. Williams
            Steven D. Williams